

# Fourth Court of Appeals
## San Antonio, Texas

April 16, 2019

No. 04-17-00565-CV

David **MORA**, Texas Sterling Construction Co. a/k/a Texas Crushed Concrete, and Sterling Construction Company, Inc. a/k/a Sterling Delaware Holding Company, Inc., Appellants

v.

Martin **VALDIVIA** Sr. and Maria Cervantes Valdivia, both Individually and as Sole Heirs of the Estate of Martin Valdivia Jr., Deceased, Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2015CI09734
Honorable Michael E. Mery, Judge Presiding

# O R D E R

Appellant's Motion for Leave to File Post-Submission Brief is GRANTED and Appellant's Post-Submission Brief is hereby filed with this court. Appellees' Objection to Appellant's Motion for Leave to File Post-Submission Brief and Appellees' Motion to Strike Appellees' Motion for Leave to File Post-Submission Brief are OVERRULED. Any responsive pleading by Appellees is due to be filed no later than April 25, 2019.

It is so ORDERED April 16, 2019.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court